AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SLOVITER, DOLORES K. | United States Court of Appeals for Third Circuit | 5/15/04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge - Active | ___ Nomination, Date _____  ___ Initial   X  Annual   ___ Final | 1/1/03 to 12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 18614 United States Courthouse 601 Market Street Philadelphia, PA 19106 | Reviewing Officer _____  Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Board of Trustees | National Constitution Center |
| 2 | Executrix | Estate of █████████ |
| 3 | Chair 2003, 2004 | Pennsylvania State Committee of Selection for Rhodes Scholars |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | Salary | Temple University, Phila., PA | $ 8,261.00 |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | Annuity | TIAA, New York, New York | |
| 2 | | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Attending Third Circuit Court of Appeals Judges Retreat | 5/4/03 to 5/5/03 - Lambertville, New Jersey (TRANSPORTATION, FOOD, HOTEL) |
| 2 | Attending Third Circuit Judicial Conference | 11/9/03 to 11/11/03 - Philadelphia, PA (FOOD) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| DOLORES K. SLOVITER | 5/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, | | | | | | | | | |
| 1  SEE ATTACHED SHEETS | | | | | | | | | |
| 2  # 1 through 12 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt prior disclosure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/ seller |
| GE - com. stock | B | Div. | L | T | | | | | |
| IT&T Industries - com. stock | A | Div. | J | T | | | | | |
| Hartford Fin. Services - com. stock | A | Div. | J | T | | | | | |
| PSEG - com. stock | A | Div. | J | T | | | | | |
| Rayonier - com. stock | A | Div. | J | T | | | | | |
| Sara Lee - com. stock | A | Div. | J | T | | | | | |
| Im-it Ins. Mun. Inv. Tr. - Ser. 16 | A | Int. & p'al | J | T | | | | | |

---

1. Income/Gain Codes:    A = $1,000 or less       B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000    E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:       J = $15,000 or less        K = $15,001 to $50,000
   L = $50,001 to $100,000 M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes: Q = Appraisal   R = Cost (real estate only)
   S = Assessment        T = Cash/market  U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets | B. Income during period | | C. Gross Value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior disclosure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/ seller |
| Vanguard Mun. Bond Funds | F | Div. & cap. gain | P | T | periodic deposits and redemptions - see VIII | | | | |
| Vanguard Windsor II | D | Div. & cap. gain | N | T | periodic deposits - see VIII | | | | |
| Vanguard Star Fund | B | Div. | K | T | | | | | |
| Allegheny, PA, 6.0%, '11 | A | Int. | J | T | | | | | |
| Bucks County, Pa., 6.85%, '03 | B | OID | | T | Sold | 6/2 | K | | |

---

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001 to $2,500   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes: Q = Appraisal   R = Cost (real estate only)   S = Assessment   T = Cash/market  U = Book value   V = Other   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | Transactions during period | | | | |
| | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt prior dis- closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month- Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden- tity from buyer/ seller |
| Bucks County W & S, 5.375%, '13 | A | Int. | | T | Sold | 6/2 | J | | |
| Bucks County W & S, 5%, '22 | A | Int. | J | T | | | | | |
| Conrad Weiser S.D., 5.25%, '14 | A | Int. | J | T | | | | | |
| Conrad Weiser Area S.D., 6.85%, '14 | B | Int. | J | T | | | | | |
| Council Rock, PA, 5.1%, '07 | A | Int. | | T | Sold | 9/2 | J | | |
| Dauphin Cty., 4.4%, '19 | A | Int. | J | T | | | | | |

---

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001 to $50,000
   L = $50,001 to $100,000 M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes: Q = Appraisal  R = Cost (real estate only)
   S = Assessment    T = Cash/market U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets (Place "(X)" after each asset exempt prior disclosure) | B. Income during period | | C. Gross Value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/ seller |
| | | | | | | If not exempt from disclosure | | | |
| Fleetwood, 5.65%, '11 | A | Int. | J | T | | | | | |
| Gettysburg, 5%, '13 | A | Int. | J | T | | | | | |
| Greater Johns-town, 5%, '08 | A | Int. | J | T | | | | | |
| Hempfield S.D., 5%, '07 | A | Int. | J | T | | | | | |
| Lancaster, 6%, '14 | A | Int. | J | T | | | | | |
| Lower Merion S.D., 4.8%, '25 | A | Int. | K | T | Purch. | 3/25 | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment    T = Cash/market  U = Book value   V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A.<br><br>Description<br>of Assets<br><br><br><br>Place "(X)" after<br>each asset exempt<br>prior dis-<br>closure | B.<br><br>Income<br>during<br>period<br><br><br>Amt.<br>Code[1]<br>(A-H) | Type<br>(e.g.,<br>div.) | C.<br><br>Gross Value<br>at end of<br>period<br><br><br>Value<br>Code[2]<br>(J-P) | Value<br>Method<br>Code[3]<br>(Q-W) | D.<br><br>Transactions during<br>period<br><br>Type<br>(e.g.,<br>sold) | If not exempt from<br>disclosure<br><br>Date:<br>Month-<br>Day | Value<br>Code[2]<br>(J-P) | Gain<br>Code[1]<br>(A-H) | Iden-<br>tity from<br>buyer/<br>seller |
|---|---|---|---|---|---|---|---|---|---|
| Lower Merion Twp.<br>5.125%, '18 | B | Int. | K | T | | | | | |
| Luzerne, 5.6%,<br>'16 | A | Int. | J | T | | | | | |
| Manheim S.D.,<br>6.1%, '14 | A | Int. | J | T | | | | | |
| Muhlenberg, PA,<br>5.25%, '12 | A | Int. | J | T | | | | | |
| Muhlenberg, PA,<br>5%, '23 | B | Int. | K | T | | | | | |
| No. Wales, 6%,<br>'10 | A | Int. | | T | Sold | 11/3 | J | | |

---

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001 to $2,500
  C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
  F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001 to $50,000
  L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
  O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes: Q = Appraisal  R = Cost (real estate only)
  S = Assessment      T = Cash/market U = Book value  V = Other
  W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | Transactions during period | | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior disclosure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/ seller |
| Northampton Cty., 6%, '19 | B | Int. | K | T | | | | | |
| Pa. St. Higher Ed. Fac. Auth., 5.25%, '10 | A | Int. | J | T | | Jt. Bd. 5/28 rec'd other half on death of ▓▓▓ | | | |
| Penna. Inter- govt'l, 5 1/4%, '17 | A | Int. | J | T | | | | | |
| Penna., 5 3/4%, '18 | B | Int. | K | T | | | | | |
| Pa. St. HFA Refdg., 5.8%, '18 | A | Int. & cap. gain | | T | Sold | 7/1 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001 to $2,500
   C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes: Q = Appraisal  R = Cost (real estate only)
   S = Assessment  T = Cash/market  U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior disclosure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/ seller |
| Pa. H. Ed. Asst. Agency, 6.05%, '19 | B | Int. & cap. gain | | T | Sold | 7/1 | K | A | |
| Pa. Turnpike, 5% '23 | A | Int. | J | T | | | | | |
| Pa. Turnpike, 5%, '23 | A | Int. | J | T | | | | | |
| Pa. St. Ed. Fin. A., 5.625%, '27 | B | Int. | K | T | | | | | |
| Phila. W & W, 5.5%, '14 | A | Int. | J | T | | | | | |
| Phila. Parking, 5.125%, '24 | A | Int. | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes: J = $15,000 or less   K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes: Q = Appraisal  R = Cost (real estate only)
   S = Assessment   T = Cash/market  U = Book value   V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets — Place "(X)" after each asset exempt prior disclosure | B. Income during period | | C. Gross Value at end of period | | D. Transactions during period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | | |
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/ seller |
| Pittsburgh, 5%, '21 | A | Int. | J | T | | | | | |
| Pleasant Valley, Pa., 5.1%, '12 | A | Int. | J | T | | | | | |
| Schuylkill Valley S.D., 5.85%, '13 | A | Int. | | K | Sold | 4/15 | J | | |
| Souderton, Pa., 5.4%, '10 | A | Int. | | T | Sold | 3/3 | K | | |
| Southern Lehigh S.D., 5.2%, '18 | B | Int. | K | T | | | | | |
| Springfield, 5.2%, '17 | A | Int. | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001 to $2,500   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000   F = $50,001 to $100,000   G = $100,001 to $1 million   H = over $1,000,000

2. Value Codes: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000   N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes: Q = Appraisal   R = Cost (real estate only)   S = Assessment   T = Cash/market   U = Book value   V = Other   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | C. | D. |
|---|---|---|---|
| Description of Assets | Income during period | Gross Value at end of period | Transactions during period |

| | | | | | | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller |
| Suburban Lancas-ter Swr. Auth., 6%, '17 | B | Int. | K | T | | | | | |
| Susquehanna Twp. Auth. Pa., 6%, '13 | A | Int. | J | T | | | | | |
| Upper Dublin, 5%, '14 | A | Int. | J | T | | | | | |
| Wattsburg, 5.125%, '15 | A | Int. | | T | Sold | 4/1 | J | | |
| West Brandywine Twp., 5.4%, '14 | A | Int. | J | T | | | | | |
| West Chester, 5.45%, '12 | A | Int. | J | T | | | | | |

---

1. Income/Gain Codes:     A = $1,000 or less        B = $1,001 to $2,500
   C = $2,501 to $5,000    D = $5,001 to $15,000    E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:        J = $15,000 or less        K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   ● = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment        T = Cash/market  U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt prior dis- closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month- Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden- tity from buyer/ seller |
| Wilkes-Barre Area S.D., 5.25%, '14 | A | Int. | J | T | | | | | |
| Wachovia Accts. | A | Int. | K | T | | | | | |
| Lancaster S.D., 6%, '11 | A | Int. | J | T | | | | | |
| Estate of HAS | | | | | | | | | |
| American Tel. & Tel. - com. stock | A | Div. | J | T | | | | | |
| AWE (spinoff from AT&T) | | None | J | T | | | | | |
| Avaya (spinoff from Lucent) | | None | | T | Sold | 8/6 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000  G = $100,001 to $1 million  H = over $1,000,000

2. Value Codes:   J = $15,000 or less    K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000  N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment     T = Cash/market  U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets | B. Income during period | | C. Gross Value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller |
| Comcast (spinoff from AT&T) | A | None | J | T | | | | | |
| Exelon - com. stock | B | Div. | L | T | | | | | |
| Lucent Technolo-gies, com. stock | | None | J | T | | | | | |
| SBC - common stock | | Div. | L | T | | | | | |
| Abington S.D., 5.1%, '04 | A | Int. | J | T | | | | | |
| Antrim, 5.6%, '25 | B | Int. | | T | Jt. Bd. 5/28 distributed to joint tenant | | | | |

1. Income/Gain Codes:    A = $1,000 or less     B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:       J = $15,000 or less       K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes: Q = Appraisal   R = Cost (real estate only)
   S = Assessment       T = Cash/market U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | Transactions during period | | | | |
| | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt prior dis- closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month- Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden- tity from buyer/ seller |
| Del. Pa. & NJ Riv., 5.4%, '14 | A | Int. | J | T | | | | | |
| E. Strdsbg, Pa., 5.125%, '10 | B | Int. | | T | Sold | 11/15 | K | | |
| No. Wales, 6.1%, '04 | A | Int. | J | T | | | | | |
| Pa. Higher Educ., 6 1/8%, '10 | A | Int. | J | T | | | | | |
| Southern Fulton S.D., 4.5%, '07 | A | Int. | | T | Sold | 9/18 | K | | |
| Southern Lehigh S.D., 5.2%, '18 | B | Int. | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less       B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:       J = $15,000 or less       K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment       T = Cash/market  U = Book value  V = Other
   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

The Vanguard Municipal Bond Funds in VII have checking account features and were used for various transactions throughout the year.

Reported in VII is the information with respect to value and income received by my ███████ before his death on May 28, 2003, together with the value and income received by his Estate thereafter.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████████    Date  5/13/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail sign to original and additional copies to

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544